# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHERYL LABBE**,                                §
                                                 §
        Plaintiff,                               §
                                                 §
        v.                                       §        CIVIL ACTION NO.4:24-cv-4544
                                                 §
**SHARKNINJA OPERATING LLC**,                    §
                                                 §
        Defendants.                              §

## INDEX OF MATTERS BEING FILED

| | |
|---|---|
| **EXHIBIT A:** | Index of Matters Being Filed |
| **EXHIBIT B:** | Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings<br><br>1. Plaintiff's Original Petition, filed 10.18.2024 |
| **EXHIBIT C:** | All executed process in the case |
| **EXHIBIT D:** | The docket sheet |
| **EXHIBIT E:** | A list of all counsel of record, including addresses, telephone numbers and parties represented |